Dismissed and Memorandum Opinion filed August 28, 2003









Dismissed and Memorandum Opinion filed August 28,
2003.

 

In The

 

Fourteenth Court of Appeals

____________

 

NO. 14-03-00631-CV

____________

 

IN THE MATTER OF THE MARRIAGE OF 

OLUWOLE YUSIF and RITA S. YUSIF

 



 

On Appeal from the 245th District Court

Harris County, Texas

Trial Court Cause No. 03-10386

 



 

M
E M O R A N D U M  O
P I N I O N

This is an appeal from a judgment signed May 1, 2003.  The notice of appeal was filed on May 28,
2003.  To date, the filing fee of $125.00
has not been paid.  No proper affidavit
of indigence was filed with or before the notice of appeal.  See Tex.
R. App. P. 20.1.  Therefore, on
July 31, 2003, the Court issued an order stating that unless appellant, Rita S.
Yusef, paid the appellate filing fee of $125.00
within fifteen days of the date of the order, the appeal would be
dismissed.  

The filing fee has not been paid, and appellant has not
responded to the Court=s order of July 31, 2003.








Accordingly, the appeal is ordered dismissed.  See Tex.
R. App. P. 42.3(c).  

 

PER CURIAM

 

 

Judgment rendered and Memorandum
Opinion filed August 28, 2003.

Panel consists of Chief Justice
Brister and Justices Anderson and Seymore.